# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA WOODSIDE, <br><br> Plaintiff, <br><br> vs. <br><br> FIRST NATIONAL COLLECTION BUREAU, INC., AND DOES 1 TO 10, INCLUSIVE, <br><br> Defendant. | Case No. 1:15-cv-01438—SAB <br><br><br> ORDER GRANTING PLAINTIFF'S REQUEST FOR A CONTINUANCE OF THE INITIAL SCHEDULING CONFERENCE |

The Court has reviewed the request for a continuance and finds good cause to continue the scheduling conference. Accordingly, IT IS HEREBY ORDERED that the Initial Scheduling Conference is continued from January 5, 2016 to April 26, 2016 at 10:30 a.m. before Magistrate Judge Stanley A. Boone. A Joint Scheduling Report is due one week before the conference.

IT IS SO ORDERED.

Dated: __December 30, 2015__

UNITED STATES MAGISTRATE JUDGE